UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR           :     1-00-CV-238
ADMISSION TO THE PRACTICE IN THIS COURT    :     Case Number

RECEIVED HARRISBURG, PA FEB - 8 2000 MARY E. D'ANDREA, CLERK Per ___

## PETITION

I __ANGELO L. CAMERON__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: __1706 MORRIS STREET, PHILADELPHIA, PA 19145__

Residence Telephone: __(215) 467-1059__

My office address is: __6 NORTH NINTH STREET, SUITE 201, DARBY, PA 19023__

Telephone: __(610) 532-5554__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| | |
|---|---|
| PENNSYLVANIA SUPREME COURT | 12/14/87 |
| U.S. DISTRICT COURT - EASTERN DISTRICT OF | 12/22/87 |
| U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 2/5/90 |

My attorney identification number is: __51058__

### FOR COURT USE ONLY

__ GENERAL ADMISSION

BEFORE _____ Date: _____
____ U.S. District Judge   ____ U.S. Magistrate Judge

FILED HARRISBURG, PA FEB 11 2000 MARY E. D'ANDREA Per ___ Deputy Clerk

X SPECIAL ADMISSION:

GRANTED __[signature]_____ Date: 2/11/00
   X U.S. District Judge   ____ U.S. Magistrate Judge

PLEASE ANSWER THE FOLLOWING QUESTIONS:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each, if none, state "none".)

"NONE"

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)
NONE

I do ___, do not _X_, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

___ General Admission under Local Rule 83.8.1

_X_ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ___, LR 83.9.2 ___, or LR 83.9.3 _X_.

If seeking special admission under Local Rules 83.9.1, 83.9.2, or 83.9.3, the basis for my admission under the designated rule is as follows: _____

PARTICULAR CASE ONLY, CIVIL RIGHTS

ALSO NAME THE PARTY YOU REPRESENT:

MR. CLARENCE FRANKLIN

If special admission is requested for a particular case, please list the case number and caption:

Case # 1-00-cv-238

Caption # MR. CLARENCE FRANKLIN, Vs. PENNSYLVANIA DEPARTMENT OF CORRECTIONS,

I understand that:

1)   If seeking regular admission under Local Rule 83.9.1 or 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2)   If petitioning for admission, only in a particular case, under Local Rule 83.9.3, I need no sponsor's certificate.

3)   If seeking regular admission under Local Rule 83.9.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER - ANGELO L. CAMERON, ESQ.

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
(Social Security Number)

1/17/2000
(Date)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communication are lifelines. I will keep the lines open. Telephone calls and correspondence are a two way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and honoring scheduled appearances. Neglect and tardiness are demeaning to others and the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearing or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature