JUDGE'S COPY



FILED
HARRISBURG, PA
MAR 01 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE FRANKLIN, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE PENNSYLVANIA DEPARTMENT : <br> OF CORRECTIONS, MARTIN F. HORN, : <br> KENNETH D. KYLER AND : <br> ROBERT VIA : <br> : <br> Defendants. : | CIVIL ACTION NO. 1:CV-00-0238 |

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of the Defendants in the above-captioned case.

Respectfully submitted,

William E. Fairall, Jr.
Deputy Chief Counsel
Attorney ID # 20840

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: February 29, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,  :
  :
    Plaintiff,  :
  :  CIVIL ACTION NO. 1:CV-00-0238
    v.  :
  :
THE PENNSYLVANIA DEPARTMENT  :
OF CORRECTIONS, MARTIN F. HORN,  :
KENNETH D. KYLER AND  :
ROBERT VIA  :
  :
    Defendants.  :

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Praecipe for Entry of Appearance upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Clarence Franklin, CU-0660
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA 17001-0200

_Janelle C. Porr_
Janelle C. Porr
Clerk Typist II

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: March 1, 2000