*Law Clerk's Copy*

FILED
HARRISBURG, PA

MAR 01 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE FRANKLIN, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:CV-00-0238 |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, MARTIN F. HORN, KENNETH D. KYLER AND ROBERT VIA | : | |
| Defendants. | : | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, by and through their attorney, William E. Fairall, Jr., Deputy Chief Counsel, Pennsylvania Department of Corrections, hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b), to dismiss Plaintiff's complaint against them for failure to state a claim upon which relief may be granted.

**WHEREFORE,** Defendants respectfully request that Plaintiff's complaint be dismissed with prejudice.

Respectfully submitted,

Bill Fairall
Assistant Counsel
Attorney ID # 20840

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: March 1, 2000

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE FRANKLIN, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 1:CV-00-0238 |
| v. | : |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, MARTIN F. HORN, KENNETH D. KYLER AND ROBERT VIA | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Complaint upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Janelle C. Porr
Clerk Typist II

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: March 1, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN, :
:
Plaintiff, :
:
: CIVIL ACTION NO. 1:CV-00-0238
v. :
:
THE PENNSYLVANIA DEPARTMENT :
OF CORRECTIONS, MARTIN F. HORN, :
KENNETH D. KYLER AND :
ROBERT VIA :
:
Defendants. :

## ORDER

AND NOW, this ____ day of March, 2000, upon consideration of the Defendants' Motion to Dismiss Plaintiff's Complaint, it is hereby ordered that said motion is **GRANTED**.

BY THE COURT:

_____
J.