Law Clerk's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE FRANKLIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 1:CV-00-0238 |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, MARTIN F. HORN, KENNETH D. KYLER AND ROBERT VIA | : |
| Defendants. | : |

FILED
HARRISBURG, PA
MAR 0 2 2000
MARY E. D'ANDREA
Per _____
Deputy Clerk

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Complaint upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Clarence Franklin, CU-0660
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA  17001-0200

Janelle C. Porr
Clerk Typist II

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: March 1, 2000