JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,

    Plaintiff,

v.

    Civil Action No. 1:CV-00-0238

THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, MARTIN F. HORN,
KENNETH D. KYLER and
ROBERT VIA,

    Defendants.

FILED
MAR 20 2000
PER _____
HARRISBURG, PA.   DEPUTY CLERK

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of the Defendants in the above-captioned matter.

Respectfully submitted,

William E. Farrall, Jr.
Deputy Chief Counsel
Attorney ID # 20840

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: March 16, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN, :
:
Plaintiff, :
: Civil Action No. 1:CV-00-0238
v. :
:
THE PENNSYLVANIA DEPARTMENT :
OF CORRECTIONS, MARTIN F. HORN, :
KENNETH D. KYLER and :
ROBERT VIA, :
:
Defendants. :

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Praecipe for Withdrawal of Appearance upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Clarence Franklin, CU-0660
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA  17001-0200

Janelle C. Porr
Clerk Typist II

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: March 20, 2000