# United States District Court

3-24-00
SC

MIDDLE DISTRICT OF PENNSYLVANIA

MR. CLARENCE FRANKLIN #CU-0660
STATE CORRECTIONAL INSTITUTION
P.O. BOX 2000
CAMP HILL, PA 17001-0200

V.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD
CAMP HILL, PA 17001-8837
et. al.

TO: (Name and address of defendant)

(SEE COMPLT.)

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1 : 00-CV-0238

Judge Kane

FILED
HARRISBURG, PA

MAR 23 2000

MARY E. D'ANDREA, CLERK
Per: _____
      Deputy Clerk

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANGELO L. CAMERON, ESQUIRE &
FINCOURT B. SHELTON, ESQUIRE
6 NORTH NINTH STREET
SUITE 201
DARBY, PA 19023
(610) 532 - 5550

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea
CLERK

February 8, 2000
DATE

_George T. Gardner_
(BY) DEPUTY CLERK   George T. Gardner

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MAR 23 2000

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

RETURN OF SERVICE OF PROCESS

PLAINTIFF _____ COURT CASE NUMBER _____
DEFENDANT _____ TYPE OF PROCESS _____

SERVE Attorney General Office
(Name individual, company; corporation, etc. to be served)

AT 16th floor Strawberry Square Hbg, Pa. 17121
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.

____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

__X__ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Melisa Cooper
TITLE (IF ANY) OF PERSON SERVED: Executive Sec. (Authorized to Accept)
ADDRESS WHERE SERVED: 16th floor Strawberry Square Hbg, Pa. 17121
DATE AND TIME OF PERSONAL SERVICE: March 23, 2000 @ 12:30 PM
REMARKS: _____

3-23-00                    Nathaniel P. Rafferty
Date                       Signature of Process Server
                           Nathaniel P. Rafferty

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF Clarence Franklin         COURT CASE NUMBER 1:CV-00-0238
DEFENDANT Pa Dept of Corrections, et al  TYPE OF PROCESS _____

SERVE Pennsylvania Dept of Corrections
(Name individual, company; corporation, etc. to be served)

AT 2520 Lisburn Rd, Camp Hill, Pa
(Show Address)

FILED
HARRISBURG, PA
MAR 23 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.
____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
_X_ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: William Faircall
TITLE (IF ANY) OF PERSON SERVED: Counsel
ADDRESS WHERE SERVED: 2520 Lisburn Rd. Camp Hill, Pa
DATE AND TIME OF PERSONAL SERVICE: 2-9-00  10:30 Am
REMARKS: _____

2-11-00                              Larry J Morino
Date                                 Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF Clarence Franklin          COURT CASE NUMBER 1:CV-00-0238
DEFENDANT Pa Dept of Corrections et al    TYPE OF PROCESS _____
SERVE Martin F. Horn
(Name individual, company; corporation, etc. to be served)

AT 2520 Lisburn Rd, Camp Hill, Pa
(Show Address)

FILED
HARRISBURG, PA
MAR 23 2000
MARY E. D'ANDREA, CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

___ I have personally served individual, company or corporation above.
___ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
_✓_ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
___ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: William Faircall
TITLE (IF ANY) OF PERSON SERVED: Counsel
ADDRESS WHERE SERVED: 2520 Lisburn Rd. Camp Hill, Pa
DATE AND TIME OF PERSONAL SERVICE: 2-9-00 . 10:30 Am
REMARKS: _____

2-11-00                          Larry J Morris
Date                             Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

AO 440 (Rev. 10/93) Summons in a Civil Action

*Clarence Franklin File*

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 02/22/2000 (3:00 PM) |
| NAME OF SERVER: Curtis Everhart | TITLE: Chief Investigator |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: **Kenneth D. KYLER** SERVED AT STATE CORRECTIONAL INSTITUTE at Huntingdon PA. LOCATED IN SMITHFIELD TWP Huntingdon County

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

FILED
HARRISBURG, PA
MAR 2 3 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/24/00
Date

Signature of Server: *Curtis Everhart*

Betty K. Beckwith

Address of Server: 105-S Gerald Street, State College, PA 16801

NOTARIAL SEAL
BETTY K. BECKWITH, Notary Public
State College, PA   Centre County
My Commission Expires July 30, 2000

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action      1:CV-00-0238

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 2/18/00 At 12:01 pm. |
| NAME OF SERVER Larry J. Morine | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Robert VIA. His Correct name is Richard VIA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Personally Served Richard VIA 2/18/00 At 12:01pm.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

FILED
HARRISBURG, PA
MAR 23 2000
MARY E. D'ANDREA, CLERK
Deputy Clerk

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 16 Mar 2000
Signature of Server: Larry J. Morine

PRIORITY ONE ATTORNEYS' MESSENGER SERVICE
99 South Cameron St. P.O. Box 454
Harrisburg, PA 17108-0454

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.