PRSN c Schim... 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,
    Plaintiff,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, ET AL.,

    Defendants.

CIVIL NO. 1:CV-00-0238

(Judge Kane)

FILED
HARRISBURG, PA

MAY 23 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

**NOW, THIS** 23rd **DAY OF MAY, 2000,** upon consideration of the facts that: **(1)** plaintiff, proceeding through counsel, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 on February 8, 2000; **(2)** named as defendants in the complaint are the Pennsylvania Department of Corrections (DOC); Martin Horn, DOC Commissioner; Kenneth Kyler, Superintendent at the State Correctional Institution at Camp Hill (SCI-Camp Hill); and SCI-Camp Hill Corrections Officer Robert Via; **(3)** on March 2, 2000, defendants filed a motion to dismiss the complaint and a brief in support thereof on March 3, 2000;[1] **(4)** on March 23, 2000, plaintiff filed an executed return of service for each of the defendants; **(5)** on May 1, 2000, plaintiff filed a motion for entry of default together with a supporting

---

1. It appears that defendants served these documents on plaintiff himself rather than on his attorney. Accordingly, the Clerk of Court will be directed to send the pertinent documents to plaintiff along with this order.

brief; and **(6)** since defendants filed a motion to dismiss the complaint on March 2, 2000, the case is not in a default posture, **IT IS HEREBY ORDERED THAT:**

    1. Plaintiff's motion for default (Doc. 9) is DENIED.

    2. The Clerk of Court is directed to send a copy of defendants' motion to dismiss (Doc. 4), amended certificate of service (Doc. 5), and supporting brief (Doc. 6) to plaintiff.

    3. Plaintiff is directed to file and serve a brief in opposition to defendants' motion within fifteen (15) days of the date of this order or the motion will be deemed unopposed. See M.D. Pa. LR 7.6.

    4. Defendants may, if they desire, file a reply brief within ten (10) days of the date plaintiff files his opposing brief.

_____
Yvette Kane
United States District Judge

YK:mcs