JUDGE'S COPY 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE FRANKLIN<br>INMATE NO. CU-0660<br>SCI - CAMP HILL<br>P.O. BOX 200<br>CAMP HILL, PA. 17001-0200<br>    PLAINTIFF<br>Vs.<br>PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS<br>2520 LISBURN ROAD<br>CAMP HILL, PA. 17001-8837<br>    DEFENDANT<br>    AND<br>MARTIN F. HORN, IN HIS CAPACITY<br>AS SECRETARY OF THE<br>PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, 2520 LISBURN ROAD<br>CAMP HILL, PA. 17001-0598<br>    DEFENDANT<br>    AND<br>KENNETH D. KYLER, IN HIS<br>CAPACITY AS SECRETARY OF THE<br>STATE CORRECTIONAL<br>INSTITUTION AT CAMP HILL<br>2520 LISBURN ROAD<br>CAMP HILL, PA. 17001-8837<br>    DEFENDANT<br>    AND<br>CORRECTIONAL OFFICER ROBERT VIA:<br>INDIVIDUALLY AND AS A<br>CORRECTIONAL OFFICER OF THE<br>STATE CORRECTIONAL<br>INSTITUTION AT CAMP HILL<br>2520 LISBURN ROAD<br>CAMP HILL, PA. 17001-8837<br>    DEFENDANT<br>    JOINTLY AND SEVERALLY | CIVIL ACTION NO. 1:CV 00-0238<br><br>HONORABLE YVETTE KANE<br><br>FILED<br>HARRISBURG, PA<br><br>JUN 0 7 2000<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

# PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (F.R.C.P.) 11

**TO THE HONORABLE YVETTE KANE, JUDGE OF SAID COURT:**

AND NOW COMES, Plaintiff, Mr. Clarence Franklin, by and through his attorney, Angelo L. Cameron, Esquire, hereby petitions this Honorable Court for sanctions against the Defendants, pursuant to F.R.C.P. 11, in that Defendants violated F.R.C.P. 5(b), and avers as follows:

1. Plaintiff, proceeding through counsel of record, filed on February 8, 2000, the instant civil rights complaint pursuant to 42 U.S.C. Section 1983, as against said Defendants.

2. On March 2, 2000, Defendants filed a Motion to Dismiss the Complaint, and a supporting brief on March 3, 2000.

3. Plaintiff's counsel of record was not served with the Defendants' Motion to Dismiss nor with the supporting brief by the Defendants.

4. Plaintiff's counsel of record, unaware of any pending Defense Motion, prepared and filed a Motion for Entry of Judgment By Default with this Honorable Court.

5. Plaintiff's counsel became aware of said Motion upon receipt of this Honorable Court's Order dated May 23, 2000.

6. Upon review of said court order, as noted in Footnote 1, "... defendants served

these documents on plaintiff himself rather than on his attorney." (A true and correct copy of the Court Order dated May 23, 2000, is attached hereto as Exhibit "A".)

7. Plaintiff's counsel expended unnecessary time and expense in preparing Plaintiff's Motion for Judgment By Default, since counsel did not know of Defendants' Motion to Dismiss.

8. Plaintiff, Mr. Clarence Franklin is an inmate at SCI-Camp Hill, and as noted above, service of Defendants' Motion to Dismiss was made on him at his jail cell.

9. Plaintiff alleges harassment and consternation committed by a correctional officer knowing of Plaintiff's lawsuit. (A true and correct copy of Plaintiff's letter to counsel dated May 22, 2000, is attached hereto as Exhibit "B".)

10. Defendants has violated F.R.C.P. 5(b), entitled, "SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS (b) Same: How Made." "Whenever under these rules service is required or permitted to be made upon a party represented by an attorney the service shall be made upon the attorney unless service upon the party is ordered by the court."

11. No F.R.C.P. 5(b) exceptions apply to the instant matter.

12. F.R.C.P. 11(c) is applicable in the instant matter, in that F.R.C.P. 11(b)(1) is applicable in that said service on the Plaintiff himself was improper, caused harassment, unnecessary delay of litigation, and increased needlessly the cost of litigation.

**WHEREFORE,** for the above-cited reasons Plaintiff prays that this Honorable Court impose sanctions as against the Defendants in the instant matter.

Respectfully submitted,

*[signature]*

Angelo L. Cameron, Esquire
FINCOURT B. SHELTON, & ASSOC., P.C.
Identification Number 51058

6 North 9Th Street, Suite 201,
Darby, Pennsylvania 19023
(610) 532-5550 Telephone Number
(610) 532-5558 Facsimile Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,
    Plaintiff,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, ET AL.,

    Defendants.

CIVIL NO. 1:CV-00-0238

(Judge Kane)

FILED
HARRISBURG, PA

MAY 2 3 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

ORDER

NOW, THIS 23rd DAY OF MAY, 2000, upon consideration of the facts that: (1) plaintiff, proceeding through counsel, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 on February 8, 2000; (2) named as defendants in the complaint are the Pennsylvania Department of Corrections (DOC); Martin Horn, DOC Commissioner; Kenneth Kyler, Superintendent at the State Correctional Institution at Camp Hill (SCI-Camp Hill); and SCI-Camp Hill Corrections Officer Robert Via; (3) on March 2, 2000, defendants filed a motion to dismiss the complaint and a brief in support thereof on March 3, 2000;[1] (4) on March 23, 2000, plaintiff filed an executed return of service for each of the defendants; (5) on May 1, 2000, plaintiff filed a motion for entry of default together with a supporting

---

1. It appears that defendants served these documents on plaintiff himself rather than on his attorney. Accordingly, the Clerk of Court will be directed to send the pertinent documents to plaintiff along with this order.



PLAINTIFF'S
EXHIBIT
"A"

brief; and **(6)** since defendants filed a motion to dismiss the complaint on March 2, 2000, the case is not in a default posture, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for default (Doc. 9) is DENIED.

2. The Clerk of Court is directed to send a copy of defendants' motion to dismiss (Doc. 4), amended certificate of service (Doc. 5), and supporting brief (Doc. 6) to plaintiff.

3. Plaintiff is directed to file and serve a brief in opposition to defendants' motion within fifteen (15) days of the date of this order or the motion will be deemed unopposed. See M.D. Pa. LR 7.6.

4. Defendants may, if they desire, file a reply brief within ten (10) days of the date plaintiff files his opposing brief.

_____
Yvette Kane
United States District Judge

YK:mcs

Clarence Franklin-CU0660, File No.: 3540-4-99
P.O. Box 200
Camphill, Pa 17001-0200

5-22-00

Fincourt B. Shelton,

I am the above caption and I have a serious problem with a staff member here at SCI Camphill SMU program and you told me in your last letter if I had any problems with any staff members to let you know so you could let the judge on our case know what's going on, so on 5-19-00 C/O Howell wrote in my 17X stating I am loud and disrespectful to staff and also on 5-22-00 C/O Howell wrote the same thing + my 17X again, which he does this to be smart trying to send me back to phase 5 which would be a 9 month set back for me, because I am on phase 2 now getting ready to put in my transfer 5-25-00 which will take about 2 to 3 weeks for me to get out of here, so I would appreciate it if you would let the Judge know what's going on and also he is Sgt. Via's friend so there is no doubt in my mind that Via has him harassing me, because I was also told by a C/O Hartman to watch out for C/O Howell.

Sincerely,
Clarence Franklin-CU0660
P.O. Box 200
Camphill, Pa 17001-0200

MAY 25 2000

PLAINTIFF'S EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN : 
INMATE NO. CU-0660 :
SCI - CAMP HILL :
P.O. BOX 200 :
CAMP HILL, PA. 17001-0200 :
    PLAINTIFF :
  Vs. :
PENNSYLVANIA DEPARTMENT OF :     CIVIL ACTION NO. 1:CV 00-0238
CORRECTIONS :
2520 LISBURN ROAD :
CAMP HILL, PA. 17001-8837 :     **HONORABLE YVETTE KANE**
    DEFENDANT :
  AND :
MARTIN F. HORN, IN HIS CAPACITY :
AS SECRETARY OF THE :
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, 2520 LISBURN ROAD :
CAMP HILL, PA. 17001-0598 :
    DEFENDANT :
  AND :
KENNETH D. KYLER, IN HIS :
CAPACITY AS SECRETARY OF THE :
STATE CORRECTIONAL :
INSTITUTION AT CAMP HILL :
2520 LISBURN ROAD :
CAMP HILL, PA. 17001-8837 :
    DEFENDANT :
  AND :
CORRECTIONAL OFFICER ROBERT VIA: 
INDIVIDUALLY AND AS A :
CORRECTIONAL OFFICER OF THE :
STATE CORRECTIONAL :
INSTITUTION AT CAMP HILL :
2520 LISBURN ROAD :
CAMP HILL, PA. 17001-8837 :
    DEFENDANT :
    JOINTLY AND SEVERALLY :

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SANCTIONS AGAINST THE DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (F.R.C.P.) 11

Defendants have violated F.R.C.P. 5(b), entitled, "SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS (b) Same: How Made." "Whenever under these rules service is required or permitted to be made upon a party represented by an attorney the service shall be made upon the attorney unless service upon the party is ordered by the court." No F.R.C.P. 5(b) exceptions apply to the instant matter. F.R.C.P. 11(c) is applicable in the instant matter, in that F.R.C.P. 11(b)(1) is applicable in that said service on the Plaintiff himself was improper, caused harassment, unnecessary delay of litigation, and increased needlessly the cost of litigation.

Rule 11 establishes the standards attorneys and parties must meet when filing pleadings, motions, or other documents in court. It imposes on counsel a duty to look before leaping and may be seen as a litigating version of the familiar railroad crossing admonition to "stop, look, and listen". **Lieb v. Topstone Industries, Inc.,** 788 F.2d 151, 157 (3rd Cir. 1986); **Gagliardi v. McWilliams,** 843 F.2d 81 (3rd Cir. 1987).

**WHEREFORE,** for the above-cited reasons Plaintiff prays that this Honorable Court impose sanctions as against the Defendants in the instant matter.

Respectfully submitted,

Angelo L. Cameron, Esquire
FINCOURT B. SHELTON, & ASSOC., P.C.

Identification Number 51058
6 North 9Th Street, Suite 201,
Darby, Pennsylvania 19023
(610) 532-5550 Telephone Number
(610) 532-5558 Facsimile Number

## CERTIFICATE OF SERVICE

I, Angelo L. Cameron, Esquire, hereby depose and say that on this 5TH day of June, 2000, I caused a true and correct copy of Plaintiff's Motion For Sanctions Against the Defendants to be served upon the Clerk of Courts for the United States District Court for the Middle District of Pennsylvania, as well as counsel for the Defendants via United States First Class Mail, postage prepaid as follows:

| | |
|---|---|
| Ms. Mary E. D'Andrea, Clerk of Courts, | Bill Fairall, Assistant Counsel |
| United States District Court for the | Attorney ID # 20840 |
| Middle District of Pennsylvania, | PA Department of Corrections |
| United States District Courthouse | Office of Chief Counsel |
| 228 Walnut Street, | 55 Utley Drive |
| P.O. Box 983, | Camp Hill, Pennsylvania 17011 |
| Harrisburg, Pennsylvania 17108 | |

This statement is made pursuant to 18 Pa. C.S.A. Sec 4904 relative to unsworn falsification to authorities.

_____
Angelo L. Cameron, Esquire
FINCOURT B. SHELTON, & ASSOC., P.C.
Identification Number 51058
6 North 9Th Street, Suite 201
Darby, Pennsylvania 19023
(610) 532-5550 Telephone Number
(610) 532-5558 Facsimile
Attorney for Plaintiff