**JUDGE'S COPY** 

FILED
HARRISBURG, PA

JUN 1 2 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,       :
                         :
    Plaintiff,           :
                         :   Civil Action No. 1:CV-00-0238
    v.                   :
                         :
PENNSYLVANIA DEPARTMENT  :
OF CORRECTIONS, et al.,  :
                         :
    Defendants.          :

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of the Defendants in the above-captioned matter.

Respectfully submitted,

_____
Peter Hobart
Assistant Counsel
Attorney I.D. No. 83737

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: June 12, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN, :
:
      Plaintiff, :
: Civil Action No. 1:CV-00-0238
v. :
:
PENNSYLVANIA DEPARTMENT :
OF CORRECTIONS, et al., :
:
      Defendants. :

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Praecipe for Entry of Appearance upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Angelo L. Cameron, Esquire
Fincourt B. Shelton & Associates, P.C.
6 North 9th Street
Suite 201
Darby, PA  19023


_____
Janelle C. Porr
Clerk Typist II

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: June 12, 2000