JUDGE'S COPY

copy (14)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,

    Plaintiff,

v.

THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, MARTIN F. HORN,
KENNETH D. KYLER AND ROBERT
VIA

    Defendants.

CIVIL ACTION NO. 1:CV-00-0238

FILED
HARRISBURG, PA
JUN 19 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## DEFENDANTS' MOTION TO STRIKE/WITHDRAW PLAINTIFF'S MOTION FOR SANCTIONS

Defendants hereby move that the Plaintiff's pending Motion for Sanctions be withdrawn or struck, pursuant to the attached, mutually agreed stipulation.

Respectfully submitted,

Peter Hobart
Assistant Counsel
Attorney ID # 83737

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: June 19, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE FRANKLIN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:CV-00-0238 |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : |
| Defendants. | : |

**STIPULATION TO WITHDRAW MOTION FOR SANCTIONS**

AND NOW, this 12th day of June, 2000, the undersigned counsel for the parties hereto have agreed to stipulate to the withdrawal of Plaintiff's counsel's pending Motion for Sanctions, as follows:

1. On June 5, 2000, Plaintiff's counsel filed a motion for sanctions, as a result of Defendant's counsel's inadvertent service of Defense counsel's Motion to Dismiss on Plaintiff rather than Plaintiff's counsel.

2. On June 12, 2000, Plaintiff's counsel and Defendants' counsel discussed and agreed that Plaintiff's counsel would withdraw such motion.

3. It is hereby stipulated that Plaintiff will withdraw pending motion for sanctions and the Court will dismiss this motion.

_____
ANGELO L. CAMERON, ESQUIRE
Counsel for Plaintiff,
Clarence Franklin

_____
PETER HOBART
Counsel for Defendants,
Pennsylvania Department of Corrections,
Superintendent Kenneth Kyler,
Secretary Martin F. Horn,
Corrections Officer Robert Via

BY THE COURT:

_____
YVETTE KANE, J.

ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,

    Plaintiff,

v.

THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, MARTIN F. HORN,
KENNETH D. KYLER and
ROBERT VIA,

    Defendants.

Civil Action No. 1:CV-00-0238

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Defendants' Motion to Strike/Withdraw Plaintiff's Motion for Sanctions upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Angelo L. Cameron, Esquire
Fincourt B. Shelton, & Assoc., P.C.
6 North 9th Street, Suite 201
Darby, PA 19023

Kathleen A. Peter
Clerk Typist II

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: June 19, 2000