IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN,
    Plaintiff,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, ET AL.,

    Defendants.

CIVIL NO. 1:CV-00-0238

(Judge Kane) Schimelfenig

FILED
HARRISBURG, PA

JUN 2 6 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

**ORDER**

NOW, THIS 26TH DAY OF JUNE, 2000, upon consideration of Defendants' Motion to Strike/Withdraw Plaintiff's Motion For Sanctions, which indicates that the parties have mutually stipulated to the withdrawal of said motion, **IT IS HEREBY ORDERED THAT:**

    1. Defendants' motion (Doc. 14) to strike/withdraw plaintiff's motion for sanctions is GRANTED in accordance with the terms of ¶ 2 hereof.

    2. Plaintiff's motion for sanctions (Doc. 12) is DEEMED WITHDRAWN.

_____
Yvette Kane
United States District Judge

YK:mcs

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 26, 2000

Re:   1:00-cv-00238    Franklin v. Pennsylvania Departm

True and correct copies of the attached were mailed by the clerk to the following:

Fincourt B. Shelton, Esq.
Six North Ninth Street
Suite 201
Darby, PA  19023

Angelo L. Cameron, Esq.
Six North Ninth Street
Suite 201
Darby, PA  19023

William E. Fairall Jr., Esq.
PA Dept of Corrections
P.O. Box 598
55 Utley Drive
Camp Hill, PA  17001-0598

Peter Hobart, Esq.
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011-8028

cc:
Judge                        (X)
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:

|  |  |  |  |
|---|---|---|---|
| Standard Order 93-5 | ( ) | U.S. Marshal ( ) | Pltf's Attorney ( ) |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )  PA Atty Gen ( ) | |
| | | DA of County ( · )  Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other  Preshc  Schimelfenig | (✓) | | |

MARY E. D'ANDREA, Clerk

DATE: 6/26/00

BY: _____
Deputy Clerk