Law Clerk's Copy

# FINCOURT B. SHELTON & ASSOCIATES, P.C.
### ATTORNEY'S AT LAW
6 NORTH 9TH STREET, SUITE 201
DARBY, PENNSYLVANIA 19023

FINCOURT B. SHELTON*
ANGELO L. CAMERON
* PA & NJ BAR

(610) 532-5550 - Darby
(610) 532-5554 - Darby
(610) 532-5558 - Facsimile

NEW JERSEY MAILING ADDRESS
2005 EAST DROVE
VENTNOR, NJ 08046
(609) 365-8282

June 4, 2001

**FILED**
HARRISBURG, PA

JUN 0 6 2001

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

The Honorable Judge Yvette Kane
United States District Court
228 Walnut Street
Room 1060
Harrisburg, PA 17108

Re:   **Clarence Franklin vs. Pennsylvania Department of Corrections, et al.**
      **Civil No. 1: CV-00-0238**

Dear Judge Kane:

Pursuant to an Order, entered on the 14th day of May, 2001, the Court ordered, that within 15 days of the date of this order, plaintiff must demonstrate to the Court that he has exhausted his administrative remedies with respect to the facts alleged in the complaint. We respectfully ask the Court to give plaintiff an additional twenty (20) days to comply with the order. The following reasons are offered in support thereof:

1) Plaintiff, Clarence Franklin, is an inmate presently confined at the State Correctional Institution at Camp Hill, Pennsylvania. 2) In response to the Order, Mr. Franklin provided this office with a letter detailing his efforts to exhaust his administrative remedies. A true and correct photocopy of letter, dated May 18, 2001, is attached hereto. 3) Additional evidence documenting the steps taken by plaintiff to exhaust his administrative remedies were not provided, and presumably are within his or his mother's possession. 4) The enclosed letter from Mr. Franklin was not received in this office until May 21, 2001. 5) The undersigned was on vacation, commencing May 18, 2001, until May 28, 2001. 6) The letter from Mr. Franklin was not reviewed by the undersigned until after the fifteen days have run.

The Honorable Judge Yvette Kane
June 4, 2001
page 2


Accordingly, we respectfully request this Court to allow an additional twenty (20) days to allow the undersigned to obtain the documents and supply them to the Court.

                                      Respectfully submitted,

                                      FINCOURT B. SHELTON & ASSOC., P.C.

                        By:    Fincourt B. Shelton, Esquire

FBS/ls

Enclosure

cc:    Peter Hobart, Esquire


                        By:

Clarence Franklin - CU0660, File No.# 3540-4-99
P.O. Box 244
Graterford, Pa 19426-0244

5-18-01

Mr. Fincourt B. Shelton,

How are you doing? I am the above C[lient] and I just received your Memorandum 5-17-01 you did for us, please let me get to that. Well Mr. Shelton I went through the ADM 804 (Inmate Grievance Review System), and my mom sent everything, from the written incident, witnesses, Grievance, Request s[lips] to Capt. Carney of Security, Request slips to Superintendent Kyler, a letter to Commissioner Horn. So on the Grievance that I [put] in on my incident the response that I was given was that I couldn't file one because we (inmates) aren't allowed to file gri[evances] on behalf of a misconduct that they gave me to cover up [the] wrong they did to me, so that should be in our file that [you] have because my mom sent you all paper work that I done, s[o] if you don't have any of this paper work then you have to cont[act] my mom at (215) 548-1516 and she will get those to you and I will also write her, because I did all I could do to Resolve [with] state Remedies even though I don't see what good it would h[ave] been to me, because it's not like it would have gotten my tip of my finger back on, but even though it wouldn't have happen I did what I was suppose to do and on the Request slips I don['t] think Kyler ever responded to me, but I copied all my paper [work] I did on them and sent to my mom, and I did get somethi[ng] back from Central Office where Commissioner Horn works, so you [have] all of that if my mom sent you that paper work like I asked he[r].
Thank you!

Sincerely,
Clarence Franklin - CU0660
P.O. Box 244
Graterford, Pa 19426-0244

06/05/2001  08:08  2155487558  FRANKLIN  PAGE  02

**DC-804**
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

B. Actions taken and staff you have contacted before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                    Date

**WHITE**—Grievance Coordinator Copy   **CANARY**—File Copy   **PINK**—Action Return Copy   **GOLDENROD**—Inmate Copy

---



**DC-804**
PART 1

RECEIVED
SUPT. BOX
APR 17 1998
Referred

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr. Livingood | SCI Camp Hill | 4-14-98 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Clarence Franklin CY0660 | Clarence Franklin | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

On the above date while collecting the dinner trays C/O Hoover said to C/O Johns I wonder how Franklin liked his food after I pissed in it and this C/O has been harassing me for about two months now since my finger tip has been cut off on 2-20-98 and I have reported this to the Unit Manager and still hasn't nothing been done about C/O Hoover harassing me and I would like something done, because he thinks he is above the law and that nothing will be done about his harassing me and not only the Racail comments, smart Remarks, but now he wants to play with my food, so if something isn't done about C/O Hoover harassment to me then my lawyer will deal with this.

**B. Actions taken and staff you have contacted before submitting this grievance:**

Reported C/O Hoover to Unit Manager Ward several times and nothing has been done and I haven't heard anything from my last grievance you sent to Mr. Ward for him to Resolve Grievance #CAM-0314-98

Your grievance has been received and will be processed in accordance with DC-ADM 804

Signature of Grievance Coordinator _____ Date _____

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

---

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

Complete items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER): Unit Manager, Mr. Ward
2. DATE: 2-23-98
3. BY: (INSTITUTIONAL NAME AND NUMBER): Clarence Franklin CU0648
4. COUNSELOR'S NAME: Mr. Chambers
5. WORK ASSIGNMENT:
6. QUARTERS ASSIGNMENT: Mod 5 E Blk A2-20
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Look Mr. Ward I am having a problem with some of your SMU staff, your Lt. Cooney, Sgt Shaw, C/O Hoover, C/O Ronnie they all keep antagonizing me about my finger making racist remarks and so forth, but they are suppose to be professional at their job, how is it that Sgt Shaw has to call C/O's into my cell to look at my finger like it's some type of showcase, so I would appreciate the information in my 17X trying to make this pattern

to cover up his wrongness by giveN me a misconduct that was a lie all around and I would like to speak to you.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                              DATE

06/05/2001  08:08   2155487558                          FRANKLIN                                    PAGE   03

DC-804
PART                                    **RECEIVED**
                                         **SUPT. SCI**
                                         **APR 17 1998**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

OFFICIAL INMATE GRIEVANCE
Referred                                              GRIEVANCE NO

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr. Livingood | SCI CampHill | 4-14-98 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Clarence Franklin CU0666 | Clarence Franklin | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
|  | Mod 5 E Blk A2-20 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system
2. State your grievance in Block A in a brief and understandable manner
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance

On the above date while collecting the dinner trays C/O Hoover said to C/O Johns I wonder how Franklin liked his food after I pissed in it and this C/O has been harassing me for about two months now since my finger tip has been cut off on 2-20-98 and I have reported this to the Unit Manager and still has it, nothing been done about C/O Hoover harassing me and I would like something done because he thinks he is above the law and that nothing will be done about his harassing me and not only the Racail comments, smart remarks, but now he wants to play with my food, so if something isn't done about C/O Hoover harassment to me then my lawyer will deal with this.

B. Actions taken and staff you have contacted before submitting this grievance:
Reported C/O Hoover to Unit Manager Ward several times ... haven't heard anything from

---

DC-135A

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

INMATE'S REQUEST TO STAFF MEMBER

**INSTRUCTIONS**
Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Unit Manager Mr. Ward | 2-21-98 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
| Clarence Franklin CU0666 | Mr. Chambers |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|  | Mod 5 E Blk A2-20 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS

On 2-20-98 while dressing for yard at 7:45 am I was putting on my jumpsuite so as I only had two buttons to button up I ask C/O Vie could he put my socks on the panel which they were on my cell door handle where I couldn't reach them he (C/O Vie) then stated to me did I want to go out for my yard so I then ask C/O Vie

and started to close the panel so I started grabbing my stuff and my finger got caught in the bottom of the panel and I ask C/o Via to wait a minute because my finger was stuck but C/o Via said fuck my finger and closed the panel and cut clean through my finger completely off and it was →

2. DISPOSITION. (DO NOT WRITE IN THIS SPACE)

I saw that you have requested an investigation through the SCIC security office. It is up to the Superintendent to authorize an investigation. I will counsel staff for inappropriate comments and take appropriate action if any are discovered.

TURNOVER

done on purpose, because when I stated to him my finger was stuck and he (C/o Via) continue closing the panel there no question it was done on purpose and then if you would look over the misconduct I was given my C/o Via to cover or try to cover his wrong up you will see the mistakes he made in the misconduct and now I know he will be coming after me or sending some of his co workers at me, but I want this whole thing investigated, Thank you!

Unit Manager Mr. Ward Smu [upside down]

Unit Manager Mods SMU Mr. Ward