UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE FRANKLIN, :
:
    Plaintiff : CIVIL NO. 1:CV-00-0238
:
v. : (Judge Kane)
:
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, ET AL., :
:
    Defendants :

FILED
HARRISBURG, PA

JUN 2 2 2001

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

**ORDER**

On June 6, 2001, this court received from Plaintiff's counsel a letter which will be construed as a motion for an enlargement of time in which to demonstrate exhaustion of administrative remedies. Plaintiff's motion (Doc. No. 17) is granted and he may submit demonstration of exhaustion within twenty (20) days of the date of this order.

_____
YVETTE KANE
United States District Judge

DATED: 6/22/2001

YK:dlb